ACCEPTED
01-14-00211-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/16/2015 4:42:18 PM
CHRISTOPHER PRINE
CLERK

N0. 01-14-00211-CV

**IN THE COURT OF APPEALS**
**FOR THE FIRST DISTRICT OF TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/16/2015 4:42:18 PM
CHRISTOPHER A. PRINE
Clerk

_____

*CROWN COMMUNICATION LLC*
*D/B/A CROWN COMM LLC*,
**Appellant**

vs.

*T10 UNISON SITE MANAGEMENT LLC*
*and*
*ESTATE OF CHARLOTTE MCGREW*,
**Appellees**

_____

**Appealed from the 25th District Court of Colorado County, Texas**
**Trail Court Cause No. 23350**
_____

# APPELLANT'S MOTION TO DISMISS APPEAL
_____

**RANDALL L. BRIM**
**State Bar No. 02995400**
**SINGLETON COOKSEY LLP**
**6363 Woodway, Suite 610**
**Houston, Texas 77057**
**(713) 532-6200**
**(713) 532-9200 (fax)**
**rbrim@singletoncooksey.com**

**ATTORNEY FOR APPELLANT**

# APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant, **CROWN COMMUNICATION LLC d/b/a CROWN COMM LLC**, and pursuant to TEX. R. APP. P. 42.1, moves for the dismissal of the instant appeal and would respectfully show as follows.

1.     This appeal is scheduled for submission on **January 20, 2015**, without oral argument.

2.     Appellant recently made a business decision to decommission the cellular communications site that is at the center of the parties' dispute. Accordingly, Appellant no longer desires to prosecute this appeal and requests that it be dismissed.

3.     The dismissal requested herein will not affect the judgment of the trial court and it will not prevent any party from seeking any relief to which it would otherwise be entitled.

*(Continued on following page.)*

2

WHEREFORE PREMISES CONSIDERED, Appellant requests that this appeal be dismissed, with all parties to bear their respective costs.

Respectfully submitted,

SINGLETON COOKSEY LLP


By:    "/s/" Randall L. Brim
        Randall L. Brim
        State Bar No. 02995400
        6363 Woodway, Suite 610
        Houston, Texas  77057
        (713) 532-6200
        (713) 532-6400 (fax)
        rbrim@singletoncooksey.com

**ATTORNEYS FOR APPELLANT**

# CERTIFICATE OF CONFERENCE

This is to certify that the Appellant's counsel has conferred with counsel for Appellees concerning the relief requested in the foregoing Motion.  Counsel for Appellee, Estate of Charlotte McGrew has no opposition to the Motion.  Counsel for Appellee, T10 Unison Site Management LLC is opposed to the Motion.

"/s/" Randall L. Brim

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded to all counsel of record on January 16, 2015, as set forth below:

*Lead Attorney for Appellee, T 10 Unison*
*Site Management LLC*
Mr. Brandon Renken                                    ***Via Electronic Service***
Locke Lord LLP
2800 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002

*Of Counsel for Appellee,*
*T 10 Unison Site Management LLC*
Sidney Levine                                          ***Via Electronic Service***
Attorney at Law
110 Main Street, Suite 201
Sealy, Texas 77474

*Lead Attorney for Appellees,*
*Estate of Charlotte McGrew*
Mr. Michael T. Trefny                                 ***Via Electronic Service***
Gates, Stein, Gillespie & Trefny
415 Spring Street
Columbus, Texas 78934


                                    "/s/" Randall L. Brim
                                    _____

4